**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7490**

———————

HECTOR LOPEZ,

             Petitioner – Appellant,

      v.

UNITED STATES OF AMERICA,

             Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry F. Floyd, District Judge.
(4:10-cv-01598-HFF)

———————

Submitted:  April 28, 2011            Decided:  May 10, 2011

———————

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hector Lopez, Appellant Pro Se.  William Jacob Watkins, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Lopez, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lopez v. United States, No. 4:10-cv-01598-HFF (D.S.C. Oct. 13, 2010). We deny Lopez's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED